```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

SKYLINE TRAVEL, INC., et al.         :

               Plaintiffs,           :        ORDER

     -against-                       :   09 Civ. 8007 (LTS)(MHD)

EMIRATES,                            :

               Defendant.            :
------------------------------------x
```

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:

2/22/10

It is hereby ORDERED that a settlement conference has been scheduled in the above-captioned action on **THURSDAY, MARCH 18, 2010 at 10:00 A.M.**, at which time you are directed to appear in Courtroom 17D, 500 Pearl Street, New York, New York 10007-1312. Any requests for adjournment of this scheduled conference must be in writing, with copies to all other parties, and must be preceded by reasonable efforts by the requesting party to obtain the consent of those parties.

The parties are to take note of the following requirements for settlement conferences before the undersigned:

1. The parties are **expected to have spoken with each other about their respective settlement positions** prior to the settlement conference.

2. The parties are directed to bring with them any documents (including any deposition transcripts) that they consider pertinent to their position on the settlement value of the case.

3. Clients are expected to either attend the conference or be available via telephone during the conference.

Dated: New York, New York
       February 22, 2010

                                    SO ORDERED.


                                    _____
                                    MICHAEL H. DOLINGER
                                    UNITED STATES MAGISTRATE JUDGE

2

Copies of the foregoing Order have been sent today to:

Robert Gilbert Leino, Esq.
15 Park Row, 17F
New York, NY 10038

Lawrence Mentz, Esq.
Kaplan, Massamillo & Andrews, L.L.C.
70 East 55th Street, 25th Floor
New York, NY 10022